UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                  Criminal No. 04-10092-RWZ

Arthur M. Kloack
12 St. Lo Drive
West Peabody, MA 01960

**SUMMONS IN A CRIMINAL CASE**

You are hereby SUMMONED to appear for an Initial Appearance on **Thursday, April 29, 2004 at 11:00 A.M., in Courtroom #15**, on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

To answer an Indictment charging you with violations of Title 26 U.S.C. section 7206.

_____                                _April 21, 2004_
Signature of Issuing Officer                                                    Date

Thomas F. Quinn Jr
Deputy Clerk

**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Pretrial Services Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.