UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Crim. No. 04-10092-RWZ
v. )
)
ARTHUR M. KLOACK, )
)
Defendant. )

PARTIES' JOINT MEMORANDUM

Pursuant to the Initial Scheduling Order dated May 10, 2004, the parties submit the following joint memorandum for the purpose of addressing those items set forth in Local Rule 116.5(A)(1) through (7).

1. The parties do not seek relief from the otherwise applicable timing requirements imposed by Local Rule 116.3.

2. The defendant has indicated his intention to request discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(G). As the government has not yet received such a request, it cannot at present suggest a date for its response or any reciprocal discovery from the defendant.

3. The government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests. The defendant has indicated that he may be requesting further documents from banks and may therefore provide discovery at some future date.

4. The defendant has identified ten motions that he intends to serve upon the government and believes that a motion date

should be established.

5. At the time of the conference the following periods of excludable delay should be ordered under the Speedy Trial Act, in addition to those already ordered: June 8, 2004 to and including June 21, 2004, in the interests of justice.

6. The defendant is in the process of reviewing the discovery materials produced by the government; the parties are not presently in a position to indicate whether a trial is anticipated. If the case goes to trial, the parties anticipate its length to be five days.

7. A date on or after September 1, 2004 should be established for a final conference date.

Date: June 16, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA<br>By its attorney,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br><br>By: _____<br>     Lori J. Holik<br>     Assistant U.S. Attorney | ARTHUR M. KLOACK<br>By his attorney,<br><br><br><br><br>[facsimile signature, attached]<br>_____<br>James B. Krashoo<br>23 Main Street<br>Andover, MA 01810<br>978-475-9955 |

2

should be established.

5. At the time of the conference the following periods of excludable delay should be ordered under the Speedy Trial Act, in addition to those already ordered: June 8, 2004 to and including June 21, 2004, in the interests of justice.

6. The defendant is in the process of reviewing the discovery materials produced by the government; the parties are not presently in a position to indicate whether a trial is anticipated. If the case goes to trial, the parties anticipate its length to be five days.

7. A date on or after September 1, 2004 should be established for a final conference date.

Date: June 16, 2004

| UNITED STATES OF AMERICA<br>By its attorney, | ARTHUR M. KLOACK<br>By his attorney, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| By: *[signature]*<br>Lori J. Holik<br>Assistant U.S. Attorney | *[signature]*<br>James B. Krasnoo<br>23 Main Street<br>Andover, MA 01810<br>978-475-9955 |