UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10092-RWZ

UNITED STATES OF AMERICA

v.

ARTHUR M. KLOACK

## FURTHER ORDER ON EXCLUDABLE TIME

June 21, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

June 7, 2004 - September 1, 2004,

that being the period between the expiration of the initial order on excludable time and

the Final Status Conference.

Based upon the prior order of the court dated May 10, 2004, and this order, at

the time of the Final Status Conference on September 1, 2004, there will be zero (0)

days of non-excludable time under the Speedy Trial Act and seventy (70) days will

remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge