UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )   CR. NO. 04-10092-RWZ
                         )
ARTHUR M. KLOACK         )
                         )

**MOTION TO BE FURNISHED**
**EVIDENCE FAVORABLE TO THE ACCUSED**

Now comes the defendant and moves this Honorable Court to direct the Government to furnish the defendant with all evidence which is of an exculpatory nature, or which may be favorable to the accused, which is within the possession, custody and control of or within the knowledge of the prosecuting officer during the pendency of all matters relating to the complaint. Such evidence includes but is not limited to (1) any evidence that can be used for the purpose of impeaching the credibility of witnesses whom the Government intends to rely upon in support of the matters referred to in the complaint, (2) statements which would reasonably tend to show that the accused did not commit the offenses charged, (3) evidence which would reasonably tend to show that the accused did not commit the offenses charged, (4) statements which are inconsistent with statements made by parties other than the declarant, (5) inconsistent statements made by a declarant to law enforcement officers (6) prior inconsistent statements from those testified to during the course of the trial by a witness whom the Government relies upon

in support of the matters referred to in the complaint, and (7) any evidence now deemed exculpatory under *Kyles v. Whitley,* ___U.S.___, 115 S.Ct. 1555 (1995).

The undersigned has had conversations with some of the anticipated governmental witnesses. Upon information and belief and as a result of the conversations, the undersigned believes and therefore avers that there are interviews with federal law enforcement agents which should be reduced to writing wherein at least one of the witnesses has offered explanations as to how checks were made out by that witness and given to the defendant under circumstances where those checks do not represent income to the defendant. The defendant is currently charged with willfully understating his total gross income and the indictment on its face suggests that checks received from this person by the defendant constitutes income. Accordingly, that information is specifically exculpatory and the defendant under *United States v. Agurs,* 427 U.S. 97, 96 S.Ct. 2392 (1976) is entitled to the production of said information under the highest standard of due process.

                                  The Defendant
                                  By his Attorney

                                  */s/ James B. Krasnoo*
                                  James B. Krasnoo
                                  Law Offices of James B. Krasnoo
                                  23 Main Street
                                  Andover, MA  01810
                                  (978) 475-9955
                                  BBO# 279300

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on ____6/16____, 2004.

                                              */s/ James B. Krasnoo*
                                              James B. Krasnoo