UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>ARTHUR M. KLOACK          )<br>                           ) | CR. NO. 04-10092-RWZ |

**MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW
REPORTS WITH INDIVIDUALS WHO WILL NOT BE WITNESSES AT TRIAL**

Now comes the defendant and moves this Honorable Court to order the government to produce any and all investigative reports of the Federal Bureau of Investigation, the Drug Enforcement Administration, the Internal Revenue Service, the United States Postal Service or any other federal or state law enforcement agency or regulatory agency which contains memoranda of individuals who will not be called as witnesses at trial and who were interviewed as part of the investigation which resulted in the above-entitled indictment.

In support of this Motion the defendant assigns the following grounds:

1. That only the defendant and not the government or the Court can determine what is exculpatory within the meaning of the defendant's theory of this case.

2. That if this motion is not granted, the information required herein will be forever unavailable to the defendant.

3. This Honorable Court has the power and, it is submitted, the duty, to order the disclosure of such information in order to protect the defendant's rights under the 5th and 6th Amendments to the United States Constitution.

The Defendant
By his Attorney

*/s/ James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

*/s/ James B. Krasnoo*
James B. Krasnoo