UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTHUR M. KLOACK )<br>) | CR NO. 04-10092-RWZ |

### MOTION TO PRESERVE GOVERNMENT'S NOTES

Now comes the defendant and moves that the government be ordered to preserve for trial any notes taken by any of its agents or attorneys of any interviews with persons who are or may be witnesses at the trial.

The Defendant
By his Attorney

*James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

*James B. Krasnoo*
James B. Krasnoo