UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10092-RWZ |
| v. ) | |
| ARTHUR M. KLOACK ) | |

### MOTION FOR LIST OF GRAND JURY WITNESSES

Now comes the defendant and moves that the Court order the Assistant United States Attorney to make available to the defendant for inspection and copying a list of witnesses who were either summoned or who testified before the Grand Jury which indicted the defendant in regard to the investigation which resulted in this indictment.

The Defendant
By his Attorney

*/s/ James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

*/s/ James B. Krasnoo*
James B. Krasnoo