UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10092-RWZ |
| v. ) | |
| ARTHUR M. KLOACK ) | |

## MOTION FOR SEQUESTRATION OF WITNESSES

Now comes the defendant in the above-entitled matter and respectfully moves this Honorable Court order that during the trial of the above case all witnesses may be sequestered.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

/s/ James B. Krasnoo
James B. Krasnoo