UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 04-10092-RWZ |
| v. | ) | |
| | ) | |
| ARTHUR M. KLOACK | ) | |

## MOTION FOR DISCLOSURE OF EXPERTS

Now comes the defendant and moves that the Government be ordered to disclose the names and addresses and reports, whether written or oral, of **every** and **any** expert that it intends to call as part of its case-in-chief at the trial of the above-numbered indictment. Defendant asks that the date for said disclosure be not less than five (5) weeks before trial, so that defendant may have time to "meet" the specialized testimony of said expert and to prevent prejudicial suprise of the defendant.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955
BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

/s/ James B. Krasnoo
James B. Krasnoo