UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTHUR M. KLOACK ) | CR. NO. 04-10092-RWZ |

**MOTION THAT THE COURT PERMIT THE DEFENDANT TO
SUBMIT SHORTLY BEFORE TRIAL A LIST OF PROPOSED
QUESTIONS TO BE ADDRESSED TO THE VENIRE**

Now comes the defendant and moves that he be permitted to submit at a later time a list of proposed questions for the venire and assigns as reasons therefor the following:

1. The defendant is without sufficient discovery of the facts of this matter so as to be able to cause his counsel presently to be able to draft appropriate questions designed to secure an impartial jury panel for the trial of the defendant.

The Defendant
By his Attorney

*James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/16, 2004.

*James B. Krasnoo*
James B. Krasnoo