UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) CR. NO. 04-10092-RWZ
v. )
)
ARTHUR M. KLOACK )
)

## MOTION FOR REVIEW OF MAGISTRATE'S ORDERS

Now comes the defendant pursuant to 28 U.S.C. §636(a) and moves that this Court review the Orders of the United States Magistrate with regard to (1) Motion To Preserve Government's Notes, (2) Motion To Produce Law Enforcement Interview Reports and (3) Motion To Be Furnished Evidence Favorable To The Accused and assigns as reasons therefor the following:

1. The said motions were denied by the Magistrate on July 21, 2004.

2. The defendant in his Motion To Be Furnished Evidence Favorable To The Accused has set forth information that he received from one of the persons who is named in the indictment as a person who provided monies to the defendant. That person maintains he was twice interviewed by the Federal Bureau of Investigation and/or Internal Revenue Service or other law enforcement agents, that he told them information which

indicates that payments to the defendant were not income and that they interviewed him twice with regard to that matter.

3. The government has responded that it has no such interviews exculpating the defendant in its possession.

4. The defendant therefore seeks to find out whether or not there are any government notes of said interviews which have not been reduced to writing because they are in exculpatory form.

5. The defendant also seeks law enforcement interview reports because of the above statement of the individual directly to the undersigned.

6. The defendant, furthermore, notes that the Motion For Exculpatory Evidence is required so as to provide more than the minimal due process accorded the defendant under the analysis of *United States v. Agurs*, 427 U.S. 97, S.Ct. 2392 (1976).

**WHEREFORE**, for the above reasons, the defendant respectfully requests that review of the Magistrate's Order and reversal of same be allowed.

> The Defendant
> By his Attorney
>
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Andover, MA 01810
> (978) 475-9955
> BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on \_\_\_7/21\_\_, 2004.

_____
James B. Krasnoo