UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10092-RWZ |
| v. ) | |
| ) | |
| ARTHUR M. KLOACK ) | |

**OBJECTION**

Now comes the defendant and objects to the Orders of the Court all denying on July 21, 2004 the following motions:

1. Defendant's Motion To Provide List Of Questions For The Venire;

2. Motion To Sequester Witnesses;

3. Motion For List Of Grand Jury Witnesses;

4. Motion To Preserve Government Notes;

5. Motion To Produce Law Enforcement Interview Reports;

6. Motion To Be Furnished Evidence Favorable To The Accused.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on ___7/21___, 2004.

                                           /s/ James B. Krasnoo
                                           James B. Krasnoo