SCANNED

DATE: _____

BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 04-10092-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR M. KLOACK, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S OPPOSITION TO
## MOTION FOR REVIEW OF MAGISTRATE'S ORDERS

The United States opposes the defendant's Motion for Review of Magistrate's Orders because the magistrate judge's orders are neither clearly erroneous nor contrary to law. 28 U.S.C. §636(b)(1)(A).

Defendant's Objection/Motion for Review

Defendant objects to Magistrate Judge Dein's denial of six pre-trial motions[1] and moves for district court review of three of the orders, specifically those denying defendant's Motions to Preserve Government Notes, to Produce Law Enforcement Interview Reports, and to be Furnished Evidence Favorable to the Accused. As to each of these motions, Magistrate Judge Dein's order acknowledged the government's obligations under the Local Rules (also acknowledged by the government) and concluded that the defendant proffered no reason why deviation from the Local Rules would be appropriate in this case.

In his motion for review, the defendant has offered nothing

---

[1] The objection states no basis or authority for any of defendant's positions.

new by way of support for his requests. However, a few of the points raised in the motion for review are worthy of clarification. First, while the motion for review argues for the production of notes, the underlying motion actually seeks the preservation of notes (however, as ruled by Magistrate Judge Dein, the scope of the preservation sought is beyond that which is required by Local Rule 116.9). Second, the motion for review appears on its face to be requesting the early production of Jencks material; in reality, the subject motion relative to law enforcement interview reports seeks the production of only those reports for individuals who will **not** be called as witnesses at trial. Third, the defendant's argument in favor of reconsideration appears premised on an incorrect restatement of the government's exculpatory information disclosures as governed by Local Rule 116.2(B)(1) - the government has not merely claimed that no such exculpatory information made its way into the agents' reports (Defendant's Motion for Review, p.2, ¶3) but rather that no such exculpatory information from any witness has been received by the government (Government's Opposition to Defendant's Motions, p. 3; June 25, 2004 letter to defense counsel, p.2, FN2).

Government's Opposition to Reconsideration

The magistrate judge's orders as to these motions are neither clearly erroneous nor contrary to law. The defendant

does not claim otherwise, but apparently seeks merely another opportunity to argue, albeit briefly and without supporting authority, for a different result. For the reasons already set forth in the Government's Opposition to the Defendant's Orders, dated July 13, 2004, Magistrate Judge Dein's orders are correct and the motion for review should be denied.

Dated: July 23, 2004                By its attorney,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     /s/ Lori J. Holik
                                    Lori J. Holik
                                    Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2004 I caused a copy of the above Opposition to be served on defendant's counsel of record by causing same to be mailed, first class mail, postage prepaid.

/s/ Lori J. Holik
Lori J. Holik
Assistant U.S. Attorney

3