UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10092-RWZ |
| v. ) | |
| ) | |
| ARTHUR M. KLOACK ) | |

### OBJECTION

Now comes the defendant and objects to the denial of his Motion For Reconsideration of which denial he had notice by electronic mail on July 30, 2004.

> The Defendant
> By his Attorney
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Terrace Level
> Andover, MA  01810
> (978) 475-9955
> BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on  8/2 , 2004.

/s/ James B. Krasnoo
James B. Krasnoo