UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )    Crim. No. 04-10092-RWZ
                              )
     v.                       )
                              )
ARTHUR M. KLOACK,             )
                              )
          Defendant.          )

                       PARTIES' JOINT MEMORANDUM

     Pursuant to the Order and Initial Status Report dated June 21, 2004, the parties submit the following joint memorandum for the purpose of addressing those items set forth in Local Rule 116.5(C)(1) through (9).

     1.   There are no outstanding discovery issues to be presented to or resolved by the Court.

     2.   The government does not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests. To date, the defendant has not provided any discovery.

     3.   The defendant does not intend to raise a defense of insanity or public authority.

     4.   The government has not requested notice of alibi by the defendant.

     5.   The defendant has not filed and does not intend to file any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

     6.   No schedule should be set concerning any matter in

the case other than trial.

7.  The parties have not discussed the possibility of an early resolution of the case without trial.

8.  Pursuant to the court's May 10, 2004 and June 21, 2004 Orders, excludable time for the period of May 10, 2004 through September 1, 2004 (the time between arraignment and the date of the Final Status Conference) has been ordered. Thus at the time of the Final Status Conference on September 1, 2004, there will be zero days of non-excludable time under the Speedy Trial Act and seventy days will remain under the Speedy Trial Act in which this case must be tried.

9.  The estimated length of trial is six days.

Date: August 26, 2004

| UNITED STATES OF AMERICA<br>By its attorney,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney | ARTHUR M. KLOACK<br>By his attorney, |
|---|---|
| By: _____<br>Lori J. Holik<br>Assistant U.S. Attorney<br>617-748-3161 | James B. Krasnoo/LJH<br>_____<br>James B. Krasnoo<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>978-475-9955 |

2