UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10092-RWZ

UNITED STATES OF AMERICA

v.

ARTHUR M. KLOACK

**FINAL STATUS REPORT**

September 1, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, September 1, 2004, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time. The government is seeking a superceding indictment which, in the opinion of the government, will not require additional discovery.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of the Court dated May 10, 2004 and June 21, 2004, as of today there are zero (0) days of non-excludable time under the Speedy Trial Act and **seventy (70)** days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately six (6) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

          / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge