UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 04-10092-RWZ |
| ) | |
| v.                      ) | Violations: |
| ) | |
| ARTHUR M. KLOACK,        ) | 26 U.S.C. §7206 |
| ) | (False Tax Returns) |
| Defendant.    ) | |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

1.  At times material to the allegations contained in this Indictment, Defendant Arthur M. Kloack was an individual with a principal place of residence in West Peabody, Massachusetts. During the period 1997 through 2000, Defendant KLOACK was vice-president of seafood operations and head sea food buyer for Legal Sea Foods, Inc. ("Legal").

2.  In or about 1997, Defendant KLOACK approached a sea food broker, SM, and proposed that SM broker sea food orders with Legal in exchange for SM making payments to Defendant KLOACK. Commencing in 1997, SM agreed to this arrangement and paid fifty percent of his own brokerage commission to Defendant KLOACK by means of checks. In 1997, SM provided Defendant KLOACK with four checks totaling $1,701.60; in 1998, SM provided Defendant KLOACK with six checks totaling $6,850.52; in 1999, SM provided Defendant KLOACK with twelve checks totaling $10,727.62; in 2000, SM provided Defendant KLOACK with ten checks totaling $6,771.87.

In each instance, Defendant KLOACK either cashed the check or deposited it to his personal bank account.

3.      In or about 1997, Defendant KLOACK informed one of Legal's vendors, RM, that if he wanted to continue doing business with Legal, or increase his Legal business, RM needed to make payments to Defendant KLOACK. RM agreed to this arrangement. RM made one payment to Defendant KLOACK in 1997 in the form of a check in the amount of $590.00. In 1998, 1999, and 2000, respectively, RM made cash payments of approximately $2,500.00, $11,700.00, and $10,789.00.

4.      Commencing in or about 1997, a third vendor, EL, made payments to Defendant KLOACK, allegedly for the purchase of fish directly from KLOACK. EL's payments to Defendant KLOACK were by means of check, payable either to Defendant KLOACK or to Fleet Bank. In 1997, EL provided Defendant KLOACK with twelve checks totaling $31,523.00; in 1998, EL provided Defendant KLOACK with fifteen checks totaling $58,294.00; in 1999, EL provided Defendant KLOACK with fifteen checks totaling $48,009.00; in 2000, EL provided Defendant KLOACK with four checks totaling $15,919.00. In each instance, Defendant KLOACK cashed the checks payable to him and deposited the checks payable to Fleet Bank into his "Preferred Cash Reserve" account at Fleet Bank.

5.      In calendar years 1997, 1998, 1999, and 2000, Defendant KLOACK and his wife filed a joint Form 1040 with the

Internal Revenue Service's Andover Service Center in Andover, Massachusetts. The Form 1040 filed by Defendant KLOACK and his wife for calendar year 1997 reported total income in that year of $143,237.00. The Form 1040 filed by Defendant KLOACK and his wife for calendar year 1998 reported total income in that year of $187,041.00. The Form 1040 filed by Defendant KLOACK and his wife for calendar year 1999 reported total income in that year of $186,829.00. The Form 1040 filed by Defendant KLOACK and his wife for calendar year 2000 reported total income in that year of $193,897.00.

6. The total income that Defendant KLOACK and his wife reported to the IRS for 1997, 1998, 1999, 2000 falsely and materially understated Defendant KLOACK's actual income by failing to include any of the payments received by Defendant KLOACK from SM, RM, or EL. As a result, Defendant KLOACK and his wife substantially under reported their actual taxable income in each of those four years.

### COUNTS ONE THROUGH FOUR
### (False Tax Return - 26 U.S.C. §7206(1))

7. The allegations of paragraphs one through six are realleged and incorporated by reference as if fully set forth herein.

8. On or about the dates hereinafter set forth, in the District of Massachusetts and elsewhere, defendant

ARTHUR KLOACK

a resident of West Peabody, Massachusetts, did willfully make and subscribe joint United States Individual Income Tax Returns, for the calendar years hereinafter specified, which were verified by a written declaration that they were made under the penalties of perjury and were filed with the Internal Revenue Service, which said income tax returns he did not believe to be true and correct as to every material matter in that they reported total income in amounts hereinafter specified, whereas, as he then and there well knew and believed, he had received income substantially in excess of that reported on his filed income tax returns.

| COUNT | DATE OF OFFENSE | CALENDAR TAX YEAR | FALSELY CLAIMED ITEM | AMOUNT CLAIMED |
|---|---|---|---|---|
| 1 | 4/15/98 | 1997 | Total Income | $143,237.00 |
| 2 | 4/15/99 | 1998 | Total Income | $187,041.00 |
| 3 | 4/15/00 | 1999 | Total Income | $186,829.00 |
| 4 | 4/15/01 | 2000 | Total Income | $193,897.00 |

All in violation of Title 26, United States Code, Section 7206(1).

## Notice of Additional Factors

The Grand Jury further charges that:

9. The offenses charged in Counts One through Four of this Superseding Indictment (false tax returns in violation of 26 U.S.C. §7206) involved a combined tax loss exceeding $40,000, which is comprised of loss amounts equal to or exceeding those set forth in the following table, as described in U.S.S.G.§§ §2T1.1(a) and 2T4.1:

| Count | Tax Loss |
| --- | --- |
| 1 | $10,483 |
| 2 | $23,634 |
| 3 | $24,475 |
| 4 | $11,281 |

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Lori J. Holik
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, September 9, 2004

Returned into the District Court by a Foreperson of the Grand Jury and filed at _____.

_____
Deputy Clerk          2:20pm

5

# Criminal Case Cover Sheet             U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __IRS-CI__

City __West Peabody__        Related Case Information:

County __Essex__             Superseding Ind./ Inf. __04-10092-RWZ__   Case No. _____
                             Same Defendant _____   New Defendant _____
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Arthur M. Kloack__           Juvenile ☐ Yes ☒ No

Alias Name _____

Address __12 St. Lo Drive, West Peabody, MA 01960__

Birth date (Year only): __1956__ SSN (last 4 #): __1542__ Sex __M__ Race: __White__ Nationality: __U.S.__

Defense Counsel if known: __James B. Krasnoo__   Address: __23 Main Street, Terrace Level__
                                                          __Andover, MA 01810__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Lori J. Holik__              Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Magistrate Judge Dein__ on __April 29, 2004__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 9, 2004         Signature of AUSA: _/s/ Lori J. Holik_