UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10092-RWZ

UNITED STATES OF AMERICA

v.

ARTHUR M. KLOACK

**SUPPLEMENTAL FINAL STATUS REPORT RE SUPERSEDING INDICTMENT**

September 28, 2004

DEIN, M.J.

The defendant was arraigned today before this court on a superseding indictment. At the arraignment, the defendant indicated that he intends to file a motion to strike surplusage in the superseding indictment. Therefore, this court supplements its Final Status Report dated September 1, 2004 as follows:

1. The defendant shall file a motion to strike surplusage in the superseding indictment by October 12, 2004.

2. The court has, on this date, entered a Further Order on Excludable Time excluding the period of September 28, 2004 through October 12, 2004 to enable the defendant time to prepare the motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

      / s / Judith Gail Dein
      Judith Gail Dein
      United States Magistrate Judge