UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10092-RWZ

UNITED STATES OF AMERICA

v.

ARTHUR M. KLOACK

**FURTHER ORDER ON EXCLUDABLE TIME**

September 28, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 28, 2004 - October 12, 2004

that being the period between the defendant's arraignment on a superseding indictment and the time the defendant is to file a motion to strike portions of the indictment.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge