UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)    CR. NO. 04-10092-RWZ
v. )
)
ARTHUR M. KLOACK )

## OBJECTION

Now comes the defendant in the above-entitled matter and objects to the Order of the Court denying the defendant's Motion To Strike, notice of which was received on November 8, 2004.

The Defendant
By his Attorney

*James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955
BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 11/9, 2004.

*James B. Krasnoo*
James B. Krasnoo