```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )    Crim. No. 04-10092-RWZ
                            )
     v.                     )
                            )
ARTHUR M. KLOACK,           )
                            )
          Defendant.        )
```

MOTION TO EXCLUDE TIME

The government hereby moves the Court to exclude the period of November 5, 2004 (the date of the Court's ruling on defendant's Motion to Strike Surplusage) through December 9, 2004 (the date of the parties' pretrial conference) from the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

```
Dated: December 9, 2004           By its attorney,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                            By:   /s/ Lori J. Holik
                                  Lori J. Holik
                                  Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2004, I caused a copy of the above motion to be served on counsel of record by causing same to be e-filed.

```
                                  /s/ Lori J. Holik
                                  Lori J. Holik
                                  Assistant U.S. Attorney
```