UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 04-10092-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR M. KLOACK, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO EXCLUDE TIME

The government hereby moves the Court to exclude the period of December 9, 2004 (pretrial conference) through May 2, 2005 (trial date) from the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Dated: December 9, 2004                    By its attorney,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney


                                    By:    /S/Lori J. Holik
                                           Lori J. Holik
                                           Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2004, I caused a copy of the above motion to be served on counsel of record by causing same to be e-filed.

                                           /s/Lori J. Holik
                                           Lori J. Holik
                                           Assistant U.S. Attorney