UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )   CR. NO. 04-10092-RWZ
v.                             )
                               )
ARTHUR M. KLOACK               )
_____)
```

## MOTION TO RENEW MOTION TO STRIKE SURPLUSAGE

Now comes the defendant in the above-entitled matter and renews his Motion To Strike Surplusage and assigns as reasons therefor the following:

1.   On or about October 12, 2004, the defendant filed a Motion To Strike Surplusage In The Superseding Indictment And Memorandum In Support Thereof.

2.   The Motion To Strike set forth reasons concerning the notice of additional factors in the superseding indictment and cases that then existed showing why the surplusage should be struck.

3.   The Motion To Strike was filed before *United States v. Booker,* 125 S.Ct. 738, 2005 WL 50108, 2005 U.S. LEXIS 628 (U.S. Jan. 12, 2005).

4.   *United States v. Booker* holds that the guidelines are advisory, not mandatory.  Therefore, the surplusage contained in

the superseding indictment is not essential to the indictment, is not part of the offense and should be struck.

    5.   Recent post-*Booker* decisions have provided this relief to defendants.  See, *United States v. Dose*, 2005 WL 106493, U.S. Dist. LEXIS 526 (N.D. Iowa, Jan. 12, 2005) (Zoss, M.J.) (recommending in light of *Booker* that defendants' motion to strike "notice of additional relevant facts" from superseding indictment as surplusage be granted).  See, *United States v. Dottery,* ___ F.Supp.2d ___, 2005 WL 174634, U.S. Dist. LEXIS 1071 (E.D. Mich. Jan. 24, 2005)(Lawson,J.)(because *Booker* has rendered addition of sentencing factors to indictment unnecessary, concluding that "[s]ince the superseding indictment added only the sentencing factors and nothing else, the Court believes that all prejudice, real and imagined, will be removed by dismissing the superseding indictment and proceeding to trial on the original indictment").  See, *United States v. Cormier,* ___ F.Supp. ___ (D. Me. 2005, Docket No. CR-04-74-B-W), attached hereto as **Exhibit A**.

    **WHEREFORE**, for the above reasons, the defendant respectfully renews his Motion To Strike Surplusage In The Superseding Indictment, incoporates by reference his Memorandum In Support Thereof, and asks that the relief requested in this motion be granted.

> The Defendant
> By his Attorney
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Terrace Level
> Andover, MA  01810
> (978) 475-9955
> BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on February 4, 2005.

> /s/James B. Krasnoo
> James B. Krasnoo