UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 04-10092-RWZ |
| ) | |
| v.                      ) | |
| ) | |
| ARTHUR M. KLOACK,       ) | |
| ) | |
|     Defendant.          ) | |

GOVERNMENT'S WITNESS LIST

The government intends to call the following witnesses at trial. The government reserves its right to amend or supplement this list.

1. Keeper of Records
   IRS Service Center, Andover

2. Keeper of Records
   Sovereign Bank

3. Keeper of Records
   Bank of Boston f/k/a Fleet

4. Edward J. Libby
   East Falmouth, MA

5. Robert Marconi
   Duxbury, MA

6. Scott Mello
   Hilo, HI

7. Paul White
   IRS Revenue Agent

Dated: April 21, 2005                By its attorney,

                                          MICHAEL J. SULLIVAN
                                          UNITED STATES ATTORNEY

                              By:   /s/Lori J. Holik
                                    Lori J. Holik
                                    Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I caused a copy of the above witness list to be served by causing same to be electronically filed with the Court.

                                    /s/ Lori J. Holik
                                    Lori J. Holik
                                    Assistant U.S. Attorney