```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )     Crim. No. 04-10092-RWZ
                              )
     v.                       )
                              )
ARTHUR M. KLOACK,             )
                              )
          Defendant.          )
```

GOVERNMENT'S EXHIBIT LIST

The government intends to offer the following documents as exhibits.  The government reserves its right to amend or supplement this list.

1.  1997 Form 1040 U.S. Individual Tax Return, Arthur M. And Patricia M. Kloack.

2.  1998 Form 1040 U.S. Individual Tax Return, Arthur M. And Patricia M. Kloack, w/ attachments.

3.  1999 Form 1040 U.S. Individual Tax Return, Arthur M. And Patricia M. Kloack, w/ attachments.

4.  2000 Form 1040 U.S. Individual Tax Return, Arthur M. And Patricia M. Kloack, w/ attachments.

5.  Duxbury Mussels & Seafood Corp. checks: 4382, 4446, 4527, 4551, 4578, 4427, 4659, 4761, 4965, 4918, 4900, 4840, 1051, 5069, 5096, 5369,

6.  Duxbury Mussel & Seafood Corp. check 4193 and Arthur Kloack deposit item.

7.  E.J. Libby & Sons Shellfish, Inc. checks and Arthur M. Kloack deposit items, 1997, 1998, 1999 and 2000.

8.  E.J. Libby & Sons Shellfish, Inc. check nos. 1525 and 1684, payable to Arthur Kloack.

9.  Scott and Jody Mello checks and Arthur M. Kloack deposit items, 1997, 1998, 1999 and 2000.

10. Scott and Jody P. Mello check nos. 4703, 4709, and 4946, payable to Arthur Kloack.


Dated: April 21, 2005                    By its attorney,

                                         MICHAEL J. SULLIVAN
                                         UNITED STATES ATTORNEY


                                   By:   /s/Lori J. Holik
                                         Lori J. Holik
                                         Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I caused a copy of the above witness list to be served by causing same to be electronically filed with the Court.

                                         /s/ Lori J. Holik
                                         Lori J. Holik
                                         Assistant U.S. Attorney