UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 04-10092-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| ARTHUR M. KLOACK, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S REQUEST FOR JURY INSTRUCTIONS

In addition to the First Circuit Pattern Jury Instructions for most elements of the charge, the government requests the following charge with respect to the charged violations of 26 U.S.C. §7206(1):

Defendant Arthur M. Kloack is charged with four counts of willfully filing false federal income tax returns for tax years 1997 (Count One), 1998 (Count Two), 1999 (Count Three) and 2000 (Count Four).  For you to find Defendant Arthur M. Kloack guilty of these charges, the government must prove each of the following things beyond a reasonable doubt:

First, that the defendant Arthur M. Kloack signed a federal income tax return containing a written declaration that it was being signed under the penalties of perjury;

Second, that the Defendant Arthur M. Kloack did not believe that every material matter in the return was true and correct; and

Third, that the Defendant Arthur M. Kloack willfully made the false statement with the intent of violating his duty under

the tax laws and not as a result of accident, negligence or inadvertence.

A "material" matter is one that is likely to affect the calculation of tax due and payable, or to affect of influence the IRS in carrying out the functions committed to it by law, such as monitoring and verifying tax liability.  A return that omits material items necessary to the computation of taxable income is not true and correct.  (<u>United States v. DiRico</u>, 78 F.3d 732, 735-36 (1st Cir. 1996).

In addition, the government objects to the following instructions proposed by the defendant: 2, 4, 5, 13.

Dated: May 17, 2005                     By its attorney,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                   By:  /s/ Lori J. Holik
                                        Lori J. Holik
                                        Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I caused a copy of the above to be served on counsel of record by causing same to be electronically filed with the court.

                                        /s/ Lori J. Holik
                                        Lori J. Holik
                                        Assistant U.S. Attorney

Case 1:04-cr-10092-RWZ    Document 37    Filed 05/17/2005    Page 3 of 3