UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
v.                             )    CR. NO. 04-10092-RWZ
                               )
ARTHUR M. KLOACK               )
                               )
_____)
```

**DEFENDANT'S MOTION FOR DIRECTED VERDICT/JUDGMENT OF ACQUITTAL**

Now comes the defendant and moves for a directed verdict/judgment of acquittal on each count.

                                           The Defendant
                                           By His Attorney,

/s/ James B. Krasnoo
James B. Krasnoo
(BBO# 279300)
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Lori J. Holik, Assistant United States Attorney, by hand on ___5/18___, 2005.

/s/ James B. Krasnoo
James B. Krasnoo