# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 04-10092-RWZ

ARTHUR M. KLOACK

## VERDICT

WE, THE JURY, FIND THE DEFENDANT, ARTHUR M. KLOACK:

**ON COUNT ONE OF THE INDICTMENT (1997):**

_____        GUILTY

\_\_\_✓\_\_\_\_        NOT GUILTY

**ON COUNT TWO OF THE INDICTMENT (1998):**

\_\_\_✓\_\_\_\_        GUILTY

_____        NOT GUILTY

**ON COUNT THREE OF THE INDICTMENT (1999):**

\_\_\_✓\_\_\_\_        GUILTY

_____        NOT GUILTY

**ON COUNT FOUR OF THE INDICTMENT (2000):**

\_\_\_✓\_\_\_\_        GUILTY

_____        NOT GUILTY

\_5/20/05\_\_\_\_                    \_\_[signature]_____
DATE                                  FOREPERSON'S SIGNATURE