UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )    CR. NO. 04-10092-RWZ
v.                            )
                              )
ARTHUR M. KLOACK              )
                              )

## MOTION FOR EVIDENTIARY HEARING

Now comes the defendant and moves for an evidentiary hearing
with regard to his tax loss computation for the reasons set
forth below:

1.    There is no showing as to how this determination of tax
loss was made.

2.    The defendant has denied that the entire sums
attributed to him by witness Robert Marconi are accurate or
reflect the true amounts of money that he received.

3.    There is no showing in the government's computation
that it is a more accurate determination of tax loss than the

tax loss provided for in section 2T1.1 of the United States

Sentencing Guidelines, note (a).

                           The Defendant
                           By his Attorney

                           _James B. Krasnoo_
                           James B. Krasnoo
                           Law Offices of James B. Krasnoo
                           23 Main Street
                           Andover, MA  01810
                           (978) 475-9955
                           BBO# 279300

### CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document
was served upon the attorney(s) of record for each other party
by (mail)/hand on  _6/20_ , 2005.

                           _James B. Krasnoo_
                           James B. Krasnoo