UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARTHUR M. KLOACK ) | CR. NO. 04-10092-RWZ |

## MOTION FOR EVIDENTIARY HEARING #2

Now comes the defendant and moves for an evidentiary hearing with regard to any evidence the government intends to submit to suggest that the defendant has obstructed justice. The defendant relies upon its submission to U.S. Probation Officer Lisa Dube dated June 20, 2005 in response to the government's version of the offense.

        The Defendant
        By his Attorney

        /s/ James B. Krasnoo
        James B. Krasnoo
        Law Offices of James B. Krasnoo
        23 Main Street
        Andover, MA  01810
        (978) 475-9955
        BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by (mail)/hand on __6/20__, 2005.

_____
James B. Krasnoo