UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10092-RWZ |
| v. ) | |
| ) | |
| ARTHUR M. KLOACK ) | |

**OBJECTION**

Now comes the defendant in the above-entitled matter and objects to the denial of his Motion For Hearing (paper #41) with regard to computation of tax loss, which motion was denied on July 5, 2005 by electronic notification.

The Defendant
By his Attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by (mail)/hand on   7/6  , 2005.

*/s/ James B. Krasnoo*
James B. Krasnoo