UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>ARTHUR M. KLOACK         )<br>                                ) | CR. NO. 04-10092-RWZ |

**MOTION FOR JURY DETERMINATION
AND PROOF BEYOND A REASONABLE DOUBT**

Now comes the defendant in the above-entitled matter and moves that the following issues relating to his sentencing be presented to a jury and be proven beyond a reasonable doubt:

1. <u>The tax loss allegedly suffered by the Government</u>.

The government initially claimed that the tax loss and its submission to the Presentence Probation Officer was over $12,000. It revised its calculations and now provides that the amount is over $16,000. The defendant has calculated the tax loss in an amount of $9,000. This factual dispute which would increase the statutory maximum defendant most respectfully argues is required to be presented to a jury by proof beyond a reasonable doubt consistent with *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348 (2000), *Blakely v. Washington*, 542 U.S. ___, 124 S.Ct. 2531 (2004) and *United States v. Booker*, 125 S.Ct. 738 (2005).

2.   <u>Obstruction of Justice</u>.

The government is seeking a two-point enhancement for alleged obstruction of justice by the defendant. The government claims that the defendant's testimony at trial was perjurious. Because the enhancement would increase the defendant's sentence, in accordance with *Apprendi, supra, Blakely, supra,* and *Booker, supra,* such evidence must be presented to a jury beyond a reasonable doubt.

3.   <u>Income from Criminal Activity</u>.

The defendant claims that if the government is going to seek to prove that the source of Mr. Kloack's income was from criminal activity, that matter must be presented to a jury beyond a reasonable doubt as it is an enhancement to the penalty and would be increasing the statutory maximum that a jury was authorized to find in this matter under *Apprendi, supra, Blakely, supra,* and *Booker, supra*. If this Court finds otherwise, defendant requests an evidentiary hearing thereon

where the evidentiary standard is proof beyond a reasonable doubt.

The Defendant
By his Attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/12, 2005.

*/s/ James B. Krasnoo*
James B. Krasnoo
