UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 04-10092-RWZ |
| ) | |
| v. ) | |
| ) | |
| ARTHUR M. KLOACK, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR
JURY DETERMINATION AND PROOF BEYOND A REASONABLE DOUBT

The United States hereby opposes defendant's Motion for Jury Determination and Proof Beyond a Reasonable Doubt.  Contrary to defendant's submission, <u>Booker</u> permits judicial fact finding as to sentencing enhancements in a non-mandatory Guidelines world. The appropriate standard of proof is a preponderance rather than the standard urged by the defendant.  <u>United States v. Booker</u>, 125 S.Ct. 738 (2005); <u>United States v. Lata</u>, 2005 U.S. App. LEXIS 12420 (1st Cir., June 24, 2005).  <u>See</u> <u>also</u> <u>United States v. Antonakopoulos</u>, 399 F.3d 68, 75 (1st Cir. 2005) ("The error is not that a judge (by a preponderance of the evidence) determined facts under the Guidelines which increased a sentence beyond that authorized by the jury verdict or an admission by the defendant; the error is only that the judge did so in a mandatory Guidelines system."); <u>United States v. Fornia-Castillo</u>, 408 F.3d 52 (1st Cir. 2005).

Defendant's motion should be denied.

Dated: July 19, 2005                    By its attorney,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                By:    /s/ Lori J. Holik
                                       Lori J. Holik
                                       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2005 I caused a copy of the above to be served by causing same to be filed electronically with the Court.

                                              /s/ Lori J. Holik
                                              Lori J. Holik
                                              Assistant U.S. Attorney