UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )   CR. NO. 04-10092-RWZ
v.                                  )
                                    )
ARTHUR M. KLOACK                    )
_____)

**OBJECTION**

   Now comes the defendant in the above-entitled matter and objects to the denial of his Motion For Jury Determination and Proof Beyond a Reasonable Doubt, which motion was electronically filed, notice of which was received by electronic filing July 29, 2005 at 5:15 p.m.

                                    The Defendant
                                    By his Attorney,


                                    /s/ James B. Krasnoo
                                    James B. Krasnoo
                                    Law Offices of James B. Krasnoo
                                    23 Main Street
                                    Terrace Level
                                    Andover, MA  01810
                                    (978) 475-9955
                                    BBO# 279300

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by first class mail on August 1, 2005.

                                              /s/ James B. Krasnoo
                                              James B. Krasnoo