UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10092-RWZ |
| ) | |
| ARTHUR M. KLOACK, ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Arthur M. Kloack, by the district court (Zobel, J.) on August 4, 2005, and the resulting sentence and Judgment in a Criminal Case (entered on the docket on August 10, 2005).

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By:   /s/ Lori J. Holik
      LORI J. HOLIK
      Assistant U.S. Attorney

## Certificate of Service

I, Lori J. Holik, hereby certify that I have caused a copy of this notice to be served by first-class mail on James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810, on September 8, 2005.

/s/ Lori J. Holik
LORI J. HOLIK
Assistant U.S. Attorney