UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                )
UNITED STATES OF AMERICA         )
                                )    CR. NO. 04-10092-RWZ
v.                              )
                                )
ARTHUR M. KLOACK                 )
_____ )

### NOTICE OF APPEAL

Now comes the defendant in the above-entitled matter and gives notice of his appeal from all findings, rulings, orders and proceedings of the Court, including but not limited to, Trial, Sentencing and Judgment.

                          The Defendant
                          By his Attorney,


                          /s/ James B. Krasnoo
                          James B. Krasnoo
                          Law Offices of James B. Krasnoo
                          23 Main Street
                          Terrace Level
                          Andover, MA  01810
                          (978) 475-9955
                          BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by first class mail on September 8, 2005.


/s/ James B. Krasnoo
James B. Krasnoo