## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10092

United States of America

v.

Arthur M. Kloack

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I NOA #52 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 22, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/22/05.

*[signature]*

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10092-RWZ-ALL

Case title: USA v. Kloack                Date Filed: 04/01/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**Arthur M. Kloack** (1)           represented by **James B. Krasnoo**
*TERMINATED: 08/09/2005*                        23 Main Street
                                                Terrace Level
                                                Andover, MA 01810
                                                978-475-9955
                                                Fax: 978-474-9005
                                                Email: james@krasnoolaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

**Pending Counts**                **Disposition**

26:7206 False Tax Returns
(1)

26:7206(1) - False Tax            The defendant was sentenced
Returns                           to 3 years Probation; 1 6
(1s)                              months in Community
                                  Confinement; 2 6 months in
                                  home confinement with
                                  electronic monitoring; no
                                  guns; standard conditions

| | |
|---|---|
| | apply; SC; meet with the IRS; 300.00 SA; no fine; |
| 26:7206(1) - False Tax Returns (1s) | |
| 26:7206 False Tax Returns (2-4) | |
| 26:7206(1) - False Tax Returns (2s-4s) | The defendant was sentenced to 3 years Probation; 1 6 months in Community Confinement; 2 6 months in home confinement with electronic monitoring; no guns; standard conditions apply; SC; meet with the IRS; 300.00 SA; no fine; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | |
|---|---|
| **USA** | represented by **Lori J. Holik** |

United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3161
Fax: 617-748-3960
Email: lori.holik@justice.usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2004 | 1 | INDICTMENT as to Arthur M. Kloack (1) count(s) 1-4. (Gawlik, Cathy) (Entered: 04/01/2004) |
| 04/01/2004 | | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Arthur M. Kloack (Gawlik, Cathy) (Entered: 04/01/2004) |
| 04/21/2004 | 2 | Summons Issued as to Arthur M. Kloack Initial Appearance set for 4/29/2004 11:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Arthur M. Kloack held on 4/29/2004; AUSA Holik and Federal Defender Fried for the dft; the dft will retain his own counsel and arraignment is set for 5/10/04 @ 2:30pm. The dft. is released on personal recognizance; Dft. and Federal Defender Fried will report to pretrial |

| | | |
|---|---|---|
| | | services for interview. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 3 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 04/30/2004) |
| 05/10/2004 | 4 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Arthur M. Kloack. Status Conference set for 6/21/2004 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 05/10/2004) |
| 05/10/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Arthur M. Kloack. Time excluded from 5/10/04 until 6/7/04. (Dambrosio, Jolyne) (Entered: 05/10/2004) |
| 05/10/2004 | | Attorney update in case as to Arthur M. Kloack. Attorney James B. Krasnoo for Arthur M. Kloack added. (Quinn, Thomas) (Entered: 05/11/2004) |
| 05/10/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Arthur M. Kloack (1) Count 1-4 held on 5/10/2004; AUSA Holik and Attorney Krasnoo for the dft.; Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference is set for 6/21/04 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/11/2004) |
| 06/16/2004 | 6 | JOINT MEMORANDUM of the parties re initial status conference by Arthur M. Kloack (Johnson, Jay) (Entered: 06/17/2004) |
| 06/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Arthur M. Kloack held on 6/21/2004; AUSA Holik and Attorney Krasnoo report case status; Next status conference is set 9/1/04 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/21/2004) |

| Date | # | Entry |
|---|---|---|
| 06/21/2004 | 7 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Arthur M. Kloack Status Conference set for 9/1/2004 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/21/2004) |
| 06/21/2004 | 8 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Arthur M. Kloack Time excluded from 6/7/04 until 9/1/04. (Quinn, Thomas) (Entered: 06/21/2004) |
| 06/25/2004 | 9 | Letter (non-motion) regarding Letter dated 6/16/04 from Mr Krasnoo as to Arthur M. Kloack (Johnson, Jay) (Entered: 06/28/2004) |
| 06/29/2004 | 10 | MOTION to be furnished evidence favorable to the accused as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 11 | MOTION to Produce law enforcement interview reports w/individuals who will not be witnesses at trial as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 12 | MOTION to Preserve Evidence (Government Notes) as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 13 | MOTION List of Grand Jury Witnesses as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 14 | MOTION to Sequester Witnesses as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 15 | MOTION for Disclosure of Expertsas to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |
| 06/29/2004 | 16 | MOTION for the Court to permit shortly before trial the defendant to submit a list of proposed questions to be addressed to the venire as to Arthur M. Kloack . (Johnson, Jay) (Entered: 06/30/2004) |

| | | |
|---|---|---|
| 07/13/2004 | 17 | Opposition by USA as to Arthur M. Kloack re 12 MOTION to Preserve Evidence, 13 MOTION List of Grand Jury Witnesses, 15 MOTION for Disclosure, 10 MOTION to be furnished evidence favorable to the accused, 11 MOTION to Produce law enforcement interview notes (Johnson, Jay) (Entered: 07/15/2004) |
| 07/21/2004 | 🌑 | Judge Judith G. Dein : electronic ORDER entered denying 10 Motion to be Furnished Evidence Favorable to the Accused. The Government has acknowledged its disclosure obligations under the Local Rules, and the defendant has not proffered any reason why deviation from the Rules would be appropriate in this case. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | 🌑 | Judge Judith G. Dein : electronic ORDER entered denying 11 Defendant's Motion to Produce Law Enforcement Interview Reports. Government has acknowledged its obligation to produce exculpatory evidence in accordance with LR 116.2 and the defendant has not proffered any reason why deviation from such Rule would be appropriate in this case. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | 🌑 | Judge Judith G. Dein : electronic ORDER entered denying 12 Motion to Preserve Government's Notes. The Government will preserve notes in accordance with LR 116.9, and the defendant has not proffered any reason why deviation from the Local Rule would be appropriate in this case. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | 🌑 | Judge Judith G. Dein : electronic ORDER entered denying 13 Defendant's Motion for List of Grand Jury Witnesses. In the absence of any authority or statement of reason for this request, motion is denied. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | 🌑 | Judge Judith G. Dein : electronic ORDER entered |

| | | |
|---|---|---|
| | | denying, without prejudice, 14 Motion to Sequester Witnesses. Motion may be renewed with the trial judge. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | | Judge Judith G. Dein : electronic ORDER entered finding as moot 15 Defendant's Motion for Disclosure of Experts. Disclosure shall be made in accordance with the agreement of the parties as detailed in this court's report of June 21, 2004. (Dein, Judith) (Entered: 07/21/2004) |
| 07/21/2004 | | Judge Judith G. Dein : electronic ORDER entered denying, without prejudice, 16 Defendant's Motion to provide list of questions for the venire. Motion may be renewed with the trial judge. (Dein, Judith) (Entered: 07/21/2004) |
| 07/22/2004 | 18 | MOTION for Review re Order on Motion for Miscellaneous Relief,, Order on Motion to Produce,, Order on Motion to Preserve Evidence, as to Arthur M. Kloack . (Urso, Lisa) (Entered: 07/27/2004) |
| 07/22/2004 | 19 | Objection as to Arthur M. Kloack : Order on Motion to Produce,, Order on Motion to Preserve Evidence,, Order on Motion for Miscellaneous Relief, Order on Motion to Sequester, Order on Motion for Disclosure,, Order on Motion for Miscellaneous Relief. (Urso, Lisa) (Entered: 07/27/2004) |
| 07/23/2004 | 20 | MEMORANDUM in Opposition by Arthur M. Kloack re 18 MOTION for Reconsideration re Order on Motion for Miscellaneous Relief,, Order on Motion to Produce,, Order on Motion to Preserve Evidence, (Urso, Lisa) (Entered: 07/27/2004) |
| 07/29/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 18 Motion for Reconsideration as to Arthur M. Kloack (1). The Magistrate Judge's rulings are neither clearly erroneous nor contrary to law. (Urso, Lisa) (Entered: 07/30/2004) |
| | | |

| | | |
|---|---|---|
| 08/03/2004 | 21 | Objection as to Arthur M. Kloack : Order on Motion for Reconsideration. (Johnson, Jay) (Entered: 08/04/2004) |
| 08/26/2004 | 22 | JOINT MEMORANDUM of the parties re initial status conference by Arthur M. Kloack (Johnson, Jay) (Entered: 08/31/2004) |
| 09/01/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Arthur M. Kloack held on 9/1/2004; AUSA Holik and Attorney Krasnoo report discovery is conplete. USMJ Dein will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/02/2004) |
| 09/01/2004 | 23 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Arthur M. Kloack (Quinn, Thomas) (Entered: 09/02/2004) |
| 09/03/2004 |  | NOTICE OF HEARING as to Arthur M. Kloack Pretrial Conference set for 9/30/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/03/2004) |
| 09/09/2004 | 24 | SUPERSEDING INDICTMENT as to Arthur M. Kloack (1) count(s) 1s-4s. (Gawlik, Cathy) (Entered: 09/10/2004) |
| 09/09/2004 | 25 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings re: Superseding Indictment as to Arthur M. Kloack (Gawlik, Cathy) (Entered: 09/10/2004) |
| 09/24/2004 |  | NOTICE CANCELLING DEADLINE as to Arthur M. Kloack. Deadline cancelled: Pretrial conference cancelled due to superceding indictment. (Urso, Lisa) (Entered: 09/24/2004) |
| 09/28/2004 |  | Electronic Clerk's Notes for proceedings held before |

| | | |
|---|---|---|
| | | Judge Judith G. Dein : Arraignment as to Arthur M. Kloack (1) Count 1s-4s held on 9/28/2004; AUSA Holik and Attorney Krasnoo for the dft.;Dft. pleads not guilty and Attorney Kraznoo intends to file motion to strike on or before 10/12/04. USMJ Dein will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/29/2004) |
| 09/28/2004 | 26 | Judge Judith G. Dein : ORDER entered SUPPLEMENTAL FINAL STATUS REPORT RE SUPERSEDING INDICTMENT as to Arthur M. Kloack. (Dambrosio, Jolyne) (Entered: 09/29/2004) |
| 09/28/2004 | 27 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Arthur M. Kloack. Time excluded from 9/28/04 until 10/12/04. (Dambrosio, Jolyne) (Entered: 09/29/2004) |
| 10/12/2004 | 28 | MOTION to Strike *Surplusage in the Superceding Indictment and Memorandum in Support Thereof* as to Arthur M. Kloack. (Klehm, Paul) (Entered: 10/12/2004) |
| 10/26/2004 | 29 | Opposition by USA as to Arthur M. Kloack re 28 MOTION to Strike *Surplusage in the Superceding Indictment and Memorandum in Support Thereof* (Johnson, Jay) (Entered: 10/27/2004) |
| 11/05/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying 28 Motion to Strike as to Arthur M. Kloack (1). Howeverm this ruling does not decide the proper time or manner of trying the "Additional Factors". (Urso, Lisa) (Entered: 11/08/2004) |
| 11/08/2004 | | NOTICE OF HEARING as to Arthur M. Kloack Pretrial Conference set for 11/30/2004 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/08/2004) |
| 11/09/2004 | | NOTICE OF RESCHEDULING as to Arthur M. Kloack Pretrial Conference reset for 12/9/2004 02:30 |

| | | |
|---|---|---|
| | | PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/09/2004) |
| 11/10/2004 | 30 | Objection as to Arthur M. Kloack : Order on Motion to Strike. (Johnson, Jay) (Entered: 11/15/2004) |
| 12/09/2004 | 31 | First MOTION for Excludable Delay from November 5, 2004 to December 9, 2004 as to Arthur M. Kloack by USA. (Holik, Lori) (Entered: 12/09/2004) |
| 12/09/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 31 Motion to Exclude as to Arthur M. Kloack (1) (Urso, Lisa) (Entered: 12/09/2004) |
| 12/09/2004 | 32 | Second MOTION for Excludable Delay from December 9, 2004 to May 2, 2005 as to Arthur M. Kloack by USA. (Holik, Lori) (Entered: 12/09/2004) |
| 12/09/2004 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Arthur M. Kloack held on 12/9/2004 Jury Trial set for 5/2/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. 5-6 days; (Urso, Lisa) (Entered: 12/10/2004) |
| 12/14/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting 32 Motion to Exclude as to Arthur M. Kloack (1) (Urso, Lisa) (Entered: 12/15/2004) |
| 02/04/2005 | 33 | MOTION to Strike *Surplusage (Renewed Motion)* as to Arthur M. Kloack. (Attachments: # 1 Exhibit) (Krasnoo, James) (Entered: 02/04/2005) |
| 02/07/2005 | 34 | MOTION to Renew Motion to Strike Surplusageas to Arthur M. Kloack. (Johnson, Jay) (Entered: 02/09/2005) |
| 02/28/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 34 Motion to Strike as to Arthur M. Kloack (1) without opposition. (Urso, Lisa) (Entered: 02/28/2005) |
| | | |

| | | |
|---|---|---|
| 02/28/2005 | | Motions terminated as to Arthur M. Kloack: <u>33</u> MOTION to Strike *Surplusage (Renewed Motion)* filed by Arthur M. Kloack, Motion is moot. duplicate of #34 (Urso, Lisa) (Entered: 02/28/2005) |
| 04/05/2005 | ● | NOTICE of 10 subpoenas issued to counsel for Arthur M. Kloack (James Krasnoo) (Johnson, Jay) (Entered: 04/05/2005) |
| 04/22/2005 | ●<u>35</u> | EXHIBIT/WITNESS LIST by USA as to Arthur M. Kloack (Holik, Lori) (Entered: 04/22/2005) |
| 04/22/2005 | ●<u>36</u> | EXHIBIT/WITNESS LIST by USA as to Arthur M. Kloack (Holik, Lori) (Entered: 04/22/2005) |
| 05/16/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day One as to Arthur M. Kloack held on 5/16/2005; Jury of 14 selected and sworn; Goverment witness #1 Scott Mello; cross; redirect; recross; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/24/2005) |
| 05/17/2005 | ●<u>37</u> | Proposed Jury Instructions by USA as to Arthur M. Kloack (Holik, Lori) (Entered: 05/17/2005) |
| 05/17/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day two as to Arthur M. Kloack held on 5/17/2005; Goverment witness #2 Robert Marconi; cross; redirect; recross; witness #3 Arthur Stappen; witness #4 Edward Libby; cross; redirect; recross; Goverment rests; defendant's witness #1 David Lombardi; cross; redirect; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/24/2005) |
| 05/18/2005 | ● | 2 subpoena issued this date for defendant (Urso, Lisa) Modified on 5/18/2005 (Urso, Lisa). (Entered: 05/18/2005) |
| 05/18/2005 | ●<u>38</u> | MOTION for Directed Verdict/Judgment of acquittal as to Arthur M. Kloack. (Urso, Lisa) (Entered: 05/19/2005) |
| | | |

| | | |
|---|---|---|
| 05/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day three as to Arthur M. Kloack held on 5/18/2005; defendant's witness #2 Salvatore Bramante; cross; defendant's witness #3 Arthur Kloak; cross; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/24/2005) |
| 05/20/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day four as to Arthur M. Kloack held on 5/20/2005; redirst of Arthur Kloack; Defendant's rests; (Court Reporter Cheryl Dahlstrom.) (Urso, Lisa) (Entered: 05/24/2005) |
| 05/20/2005 | 39 | JURY VERDICT as to Arthur M. Kloack (1) Guilty on Count 2s-4sArthur M. Kloack (1) Not Guilty on Count 1s. Jury verdict returned 2:40 p.m. Exhibits returned to counsel. (Urso, Lisa) (Entered: 05/24/2005) |
| 05/24/2005 | 40 | Judge Rya W. Zobel : Procedural OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Arthur M. Kloack Sentencing set for 8/4/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/24/2005) |
| 06/21/2005 | 41 | MOTION for Evidentiary Hearing as to Arthur M. Kloack. (Johnson, Jay) (Entered: 06/22/2005) |
| 06/21/2005 | 42 | MOTION for Evidentiary Hearing #2 as to Arthur M. Kloack. (Johnson, Jay) Modified on 6/22/2005 (Johnson, Jay). (Entered: 06/22/2005) |
| 07/05/2005 | | Judge Rya W. Zobel : Electronic ORDER entered denying 41 Motion for Hearing as to Arthur M. Kloack (1); granting 42 Motion for Hearing as to Arthur M. Kloack (1) (Flaherty, Elaine) (Entered: 07/05/2005) |
| 07/07/2005 | 43 | Deft's Objection to Order on Motion for Hearing, FILED, c/s. (Boyce, Kathy) (Entered: 07/07/2005) |
| | | |

| | | |
|---|---|---|
| 07/13/2005 | 44 | TRANSCRIPT of Jury Trial Day Three (Testimony of Arthur M. Kloack) held on May 18, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/13/2005) |
| 07/13/2005 | 45 | MOTION for jury determination and proof beyond a reasonable as to Arthur M. Kloack. (Johnson, Jay) (Entered: 07/14/2005) |
| 07/19/2005 | 46 | Opposition by USA as to Arthur M. Kloack re 45 MOTION for jury determination and proof beyond a reasonable (Holik, Lori) (Entered: 07/19/2005) |
| 07/22/2005 | 47 | EXCERPT TRANSCRIPT of Jury Trial Day Four as to Arthur M. Kloack held on May 20, 2005 before Judge Zobel. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/22/2005) |
| 07/28/2005 |  | Judge Rya W. Zobel : endorsedORDER entered denying 45 Motion for jury determination and proof beyond a reasonable doubt as to Arthur M. Kloack (1) (Urso, Lisa) (Entered: 07/29/2005) |
| 08/01/2005 | 48 | Objection as to Arthur M. Kloack: (Krasnoo, James) (Entered: 08/01/2005) |
| 08/03/2005 | 49 | SENTENCING MEMORANDUM by USA as to Arthur M. Kloack (Holik, Lori) (Entered: 08/03/2005) |
| 08/04/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 8/4/2005 for Arthur M. Kloack (1), Count(s) 2s-4s, The defendant was sentenced to 3 years Probation; 1st 6 months in |

| | | |
|---|---|---|
| | | Community Confinement; 2nd 6 months in home confinement with electronic monitoring; no guns; standard conditions apply; SC; meet with the IRS; 300.00 SA; no fine;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 08/08/2005) |
| 08/09/2005 | 50 | Judge Rya W. Zobel : OrderORDER entered. JUDGMENT as to Arthur M. Kloack (1), Count(s) 2s-4s, The defendant was sentenced to 3 years Probation; 1 6 months in Community Confinement; 2 6 months in home confinement with electronic monitoring; no guns; standard conditions apply; SC; meet with the IRS; 300.00 SA; no fine; (Urso, Lisa) (Entered: 08/10/2005) |
| 08/09/2005 | 51 | Judge Rya W. Zobel : OrderORDER entered. STATEMENT OF REASONS as to Arthur M. Kloack (Urso, Lisa) (Entered: 08/10/2005) |
| 08/10/2005 | | 3 certified copies as to Arthur M. Kloack: placed in the Marshal's box this date. (Urso, Lisa) (Entered: 08/10/2005) |
| 09/08/2005 | 52 | NOTICE OF APPEAL by USA as to Arthur M. Kloack re 50 Judgment,, 51 Statement of Reasons Filing fee $ 255. Reason fee is not required: government appeal NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/28/2005. (Holik, Lori) (Entered: 09/08/2005) |
| 09/08/2005 | 53 | NOTICE OF APPEAL by Arthur M. Kloack Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/28/2005. (Krasnoo, James) (Entered: 09/08/2005) |
|---|---|---|
| 09/09/2005 | ●54 | FILING FEE PAID $ 255 regarding notice of appeal as to Arthur M. Kloack (Johnson, Jay) (Entered: 09/13/2005) |