# United States Court of Appeals
## For the First Circuit

No. 05-2416

UNITED STATES,

Appellee,

v.

ARTHUR M. KLOACK,

Defendant - Appellant.

### JUDGMENT

Entered: November 22, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this cross-appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Issued and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/22/05

By the Court:
Richard Cushing Donovan, Clerk

By: DEBRA HEDGES
Appeals Attorney

[cc: Dina Michael Chaitowitz, AUSA, Lori Holik, AUSA, James Krasnoo, Esq.]