**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-2415

UNITED STATES,

Appellant,

v.

ARTHUR M. KLOACK,

Defendant - Appellee.

---

**JUDGMENT**

Entered: December 8, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

...... and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*M. Ruel*
Deputy Clerk

Date: 12/8/05

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By: _____
Julie Gregg, Operations Manager

[cc: Lori Holik, AUSA, Dina Michael Chaitowitz, AUSA, James Krasnoo, Esq.]